### F. A. Rehkopf v. Pat McCambridge.

1.  BRIEFS—*Failure to File—Reversal.*—A failure to file briefs on the part of an appellee amounts to a confession of the errors in the record.

Replevin.—Appeal from the Circuit Court of Madison County; the Hon. BENJAMIN R. BURROUGHS, Judge, presiding.   Heard in this court at the August term, 1895.   Reversed *pro forma* and remanded.

SYLVESTER G. ABBOTT, attorney for appellant.

C., P. & M. R. R. Co. v. Daniel.

MR. JUSTICE SCOFIELD DELIVERED THE OPINION OF THE COURT.

The judgment in this case must be reversed *pro forma*, under the 31st rule of this court, because of the failure of appellee to file briefs, which amounts to a confession of error in the record.

The judgment is reversed and the cause is remanded.